## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

DONALD J. ROBERTS, II *et al.*,   )
                                  )
       Plaintiffs,   )   Civil Action No. 20-cv-___
                                  )
v.                                )
                                  )
U.S. JUSTICE DEPARTMENT, *et al.*,)
                                  )
       Defendants.   )
                                  )
_____)

### Verified Declaration of Erich M. Pratt

1. My name is Erich M. Pratt. I am a U.S. citizen and resident of Burke, Virginia. I make this declaration in support of the Complaint for Declaratory and Injunctive Relief. If called as a witness, I can testify to the truth of the statements contained therein.

2. I am the Senior Vice President of Gun Owners of America, Inc. ("GOA"). GOA has more than 2,000,000 members and supporters, many of whom reside in this district, and many of whom will be irreparably harmed if the injunction is not granted.

3. Many of GOA's members and supporters possess valid Michigan Concealed Pistol Licenses, and would like to have the freedom in the future to purchase firearms at federally licensed firearms dealers using those licenses, as permitted under federal law, in lieu of submitting to an FBI NICS background check.

4. If the injunction is not granted, GOA's members and supporters will be irreparably harmed, as they will have no choice but to be subjected to an unnecessary federal NICS background check, in violation of federal law.

5. If GOA's members and supporters choose not to comply with this unlawful requirement, they will be deprived of the right to purchase firearms from federally licensed dealers.

I, Erich M. Pratt, certify under penalty of perjury that the foregoing is true and correct.

_____
Erich M. Pratt