UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

**DONALD J. ROBERTS, II, and**
**GUN OWNERS OF AMERICA, INC.,**

   **Plaintiffs,**

             Case No. _____

**v.**

             Hon.

**U.S. JUSTICE DEPARTMENT,**
**BUREAU OF ALCOHOL, TOBACCO, FIREARMS**
**AND EXPLOSIVES, and**
**REGINA LOMBARDO, in her official capacity as**
**Acting Director, Bureau of Alcohol, Tobacco,**
**Firearms, and Explosives,**

   **Defendants.**
_____

## LIST OF EXHIBITS TO COMPLAINT

A. **Open Letter to Michigan Federal Firearms Licensees**
  Dated March 24, 2006
  From U.S. Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives

B. **PUBLIC SAFETY ADVISORY TO ALL MICHIGAN FEDERAL FIREARMS LICENSEES**
  Dated March 3, 2020
  From U.S. U.S. Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives

C. January 16, 2020 - U.S. U.S. Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives
  MEMORANDUM TO: All Directors, Industry Operations
  FROM:       Deputy Assistant Director (IO)
           Office of Field Operations
  SUBJECT:     NICS Alternative Permit Sampling Initiative