**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION**

**DONALD J. ROBERTS, II, and**

**GUN OWNERS OF AMERICA, INC.,**

      **Plaintiffs,**

v.

**U.S. JUSTICE DEPARTMENT,**

**BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES, and**

**REGINA LOMBARDO, in her official capacity as Acting Director, Bureau of Alcohol, Tobacco, Firearms, and Explosives,**

      **Defendants.**

**Case No. 20-cv-10639-TLL-PTM**

**Hon. Thomas L. Ludington**

_____/

| | |
|---|---|
| Kerry L. Morgan (P32645) | Robert J. Olson |
| PENTIUK, COUVREUR & KOBILJAK, P.C. | William J. Olson |
| 2915 Biddle Avenue, Suite 200 | Jeremiah L. Morgan |
| Wyandotte, MI 48192 | WILLIAM J. OLSON, P.C. |
| Main: (734) 281-7100 | 370 Maple Avenue West, Ste. 4 |
| F: (734) 281-2524 | Vienna, VA 22180 |
| KMorgan@pck-law.com | T: (703) 356-5070 |
| *Counsel for Plaintiffs* | T: (540) 450-8777 |
| F: (703) 356-5085 | wjo@mindspring.com |
| | *Of Counsel* |

_____/

## JOINT STIPULATION OF DISMISSAL OF COUNT FOUR WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with the concurrence of both parties hereto, Plaintiffs Donald J. Roberts, II and Gun Owners of America, Inc. dismiss its Fourth Cause of Action only, as plead in its Complaint (ECF 1) of the above-captioned suit without prejudice.

Dated: September 29, 2020

*/s/ Kerry L. Morgan*
Kerry L. Morgan (P32645)
Pentiuk, Couvreur & Kobiljak, P.C.
2915 Biddle Avenue, Suite 200
Wyandotte, MI 48192
Main: (734) 281-7100
F: (734) 281-2524
KMorgan@pck-law.com
*\*Counsel for Plaintiffs*

Robert J. Olson
William J. Olson
Jeremiah L. Morgan
William J. Olson, P.C.
370 Maple Avenue West, Suite 4
Vienna, VA 22180-5615
T: (703) 356-5070
T: (540) 450-8777
F: (703) 356-5085
wjo@mindspring.com (e-mail)
*Of counsel*