UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

DONALD J. ROBERTS, II,
GUN OWNERS OF AMERICA, INC.,

           Plaintiffs,           Case No. 20-CV-10639

v.                                           Honorable Thomas L. Ludington

U.S. DEPARTMENT OF JUSTICE,
BUREAU OF ALCOHOL, TOBACCO,
FIREARMS AND EXPLOSIVES,
REGINA LOMBARDO.

           Defendants.
_____/

## JUDGMENT

In accordance with the Order entered this day, December 17, 2020,

It is **ORDERED** that Plaintiffs' Motion for Summary Judgment, ECF No. 17, is **DENIED**.

It is further **ORDERED** that Defendants' Cross-Motion for Summary Judgment, ECF No. 21, is **GRANTED**.

It is further **ORDERED** that Plaintiffs' Complaint, ECF No. 1, is **DISMISSED**.

Dated: December 17, 2020                                     s/Thomas L. Ludington
                                                             THOMAS L. LUDINGTON
                                                             United States District Judge