# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# NORTHERN DIVISION

| | |
|---|---|
| GUN OWNERS OF AMERICA, *et al.* <br><br> Plaintiffs, <br><br> v. <br><br> U.S. DEPARTMENT OF JUSTICE, *et al.*, <br><br> Defendants. | Case No. 1:20-cv-10639-TLL-PTM <br><br> Hon. Thomas L. Ludington |

### NOTICE OF COMPLIANCE WITH JULY 29, 2022 ORDER DIRECTING DEFENDANTS TO SERVE LETTER

In its July 29, 2022 Opinion and Order, ECF No. 42, the Court "ORDERED that Defendants are DIRECTED to serve a copy of their letter, ECF No. 41-1, and all proposed enclosures, on the Michigan Attorney General, by first-class mail, no later than August 5, 2022." *Id.* at 8. Defendants respectfully notify the Court that on August 2, 2022, Defendants served a true and correct copy of their letter approved the Court, ECF No. 41-1, and all proposed enclosures, on the Michigan Attorney General, by first-class mail.

DATED: August 2, 2022                             Respectfully submitted,

                                                  BRIAN M. BOYNTON
                                                  Principal Deputy Assistant Attorney
                                                  General

        LESLEY FARBY
Assistant Branch Director

/s/ *Daniel Riess*
DANIEL RIESS (TX Bar #24037359)
Trial Attorney
U.S. Department of Justice, Civil Division
1100 L Street, NW
Washington, D.C. 200005
Telephone: (202) 353-3098
Fax: (202) 616-8460
Email: Daniel.Riess@usdoj.gov

Bradley Darling
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, Michigan 48226
(313) 226-9100
Bradley.Darling@usdoj.gov
*Attorneys for Defendants*

2