# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# NORTHERN DIVISION

| | |
|---|---|
| GUN OWNERS OF AMERICA, *et al.* <br><br> Plaintiffs, <br><br> v. <br><br> U.S. DEPARTMENT OF JUSTICE, *et al.*, <br><br> Defendants. | Case No. 1:20-cv-10639-TLL-PTM <br><br> Hon. Thomas L. Ludington |

## NOTICE OF FILING

Defendants respectfully notify the Court of a letter from the Michigan Department of Attorney General received by undersigned counsel on August 22, 2022. The letter responds to Defendants' letter dated August 2, 2022, *see* ECF No. 43, and is attached as an exhibit hereto.

DATED: August 22, 2022

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

LESLEY FARBY
Assistant Branch Director

  /s/ *Daniel Riess*
DANIEL RIESS (TX Bar #24037359)
Trial Attorney

        U.S. Department of Justice, Civil Division
1100 L Street, NW
Washington, D.C. 200005
Telephone: (202) 353-3098
Fax: (202) 616-8460
Email: Daniel.Riess@usdoj.gov

Bradley Darling
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, Michigan 48226
(313) 226-9100
Bradley.Darling@usdoj.gov
*Attorneys for Defendants*

2