STATE OF MICHIGAN
DEPARTMENT OF ATTORNEY GENERAL



P.O. Box 30212
Lansing, Michigan 48909

**DANA NESSEL**
ATTORNEY GENERAL

August 22, 2022

Via Email & U.S. Mail
Daniel.Riess@usdoj.gov

Daniel Riess
Trial Attorney
U.S. Department of Justice, Civil Division
1100 L Street, NW
Washington, D.C. 20005

Re: *Gun Owners of America v U.S. Department of Justice*
Case No. 20-cv-10639-TLL-PTM

Dear Counsel:

The Michigan Department of Attorney General is in receipt of your correspondence dated August 2, 2022, in connection with the above-referenced lawsuit. Your letter invites the Department to file "briefing" in that case within 30 days or suggests the Department of Justice will subpoena the Attorney General.

The Department intends to file an amicus brief on or before September 30, 2022. While this is beyond the stated 30-day deadline of September 1, 2022, we trust you will be able to accommodate this brief extension.

Sincerely,

*Christina Grossi*

Christina Grossi
Chief Deputy Attorney General

CG/skf

2022-0355845-A