UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Gun Owners of America, Inc., et al.,

                Plaintiff(s),

v.                                          Case No. 1:20−cv−10639−TLL−PTM
                                          Hon. Thomas L. Ludington

U.S. Justice Department, et al.,

                Defendant(s),

_____/

### NOTICE OF DETERMINATION OF MOTION
### WITHOUT ORAL ARGUMENT

The following motion(s) have been filed:

        Motion − #47

Pursuant to Eastern District of Michigan LR 7.1(f)(2), the motion(s) will be determined by District Judge Thomas L. Ludington *without* oral argument.

Response and reply briefs shall be filed in accordance with Eastern District of Michigan LR 7.1(e).

Courtesy copies are required only if briefs, together with exhibits, exceed twenty pages.

### Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                            By: s/K Winslow
                                                  Case Manager

Dated:  November 30, 2022