**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION**

GUN OWNERS OF AMERICA,
*et al.*

Plaintiffs,

v.

U.S. DEPARTMENT OF JUSTICE,
*et al.*,

Defendants.

Case No.  1:20-cv-10639-TLL-PTM

Hon. Thomas L. Ludington

**DEFENDANTS' UNOPPOSED MOTION TO MODIFY
RENEWED MERITS BRIEFING SCHEDULE**

Defendants respectfully move this Court to modify its renewed merits briefing schedule in this case.  In support of this motion, Defendants state as follows:

1.    The Court's September 27, 2023 memorandum opinion entered a renewed merits briefing schedule in this case.  ECF No. 55, at 18.

2.    The Court's memorandum opinion also directed Defendants to supplement the administrative record "by providing at least one affidavit by a knowledgeable ATF or FBI employee on or before October 27, 2023," addressing a series of inquiries.  *Id.*

3.    Defendants require an extension because of the unavailability of key agency personnel during October 2023—including an extended absence owing to the

death of a family member.  Additional time is also needed for the relevant agencies to complete their searches of files of former employees for information relevant to preparing an appropriate affidavit or affidavits.  For these reasons, as well as the press of other agency business and litigation matters, Defendants respectfully request an extension until November 13, 2023, to supplement the administrative record with an appropriate affidavit or affidavits.

4.      Plaintiffs have consented to the requested extension, provided that Defendants agree to request that the Court modify the renewed merits briefing schedule as follows:

| Filing | Filed on or before |
|---|---|
| Plaintiffs' Motion for Summary Judgment | January 8, 2024 |
| Defendants' Response to Plaintiff's Motion for Summary Judgment | January 29, 2024 |
| Defendants' Cross-Motion for Summary Judgment | January 29, 2024 |
| Plaintiffs' Reply to its Motion for Summary Judgment | February 19, 2024 |
| Plaintiffs' Response to Defendants' Motion for Summary Judgment | February 19, 2024 |
| Defendant's Reply to its Cross-Motion for Summary Judgment | March 11, 2024 |

5.      Defendants are amenable to this modified proposed merits briefing schedule.

6.      Accordingly, Defendants respectfully request that their unopposed motion to modify the renewed merits briefing schedule in this case be granted.

DATED: October 26, 2023                    Respectfully submitted,


                                           BRIAN M. BOYNTON
                                           Principal Deputy Assistant Attorney
                                           General

                                           LESLEY FARBY
                                           Assistant Branch Director


                                            /s/ *Daniel Riess*
                                           DANIEL RIESS (TX Bar #24037359)
                                           Trial Attorney
                                           U.S. Department of Justice, Civil Division
                                           1100 L Street, NW
                                           Washington, D.C. 200005
                                           Telephone: (202) 353-3098
                                           Email: Daniel.Riess@usdoj.gov

                                           Bradley Darling
                                           Assistant United States Attorney
                                           211 W. Fort Street, Suite 2001
                                           Detroit, Michigan 48226
                                           (313) 226-9100
                                           Bradley.Darling@usdoj.gov
                                           *Attorneys for Defendants*