UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

GUN OWNERS OF AMERICA, INC. and
DONALD J. ROBERTS, II

        Plaintiff(s),

v.

U.S. DEPARTMENT OF JUSTICE, et al.

        Defendant(s).
_____/

Case No. 1:20-cv-10639

Thomas L. Ludington

Patricia T. Morris

## NOTICE OF APPEAL

Notice is hereby given that **Gun Owners of America, Inc. and Donald J. Roberts, II** appeals to the United States Court of Appeals for the Sixth Circuit from the: [X] Judgment  [✓] Order

[ ] Other: **(1) Granting Defendants' Motion for Summary Judgment, et. seq. (ECF No. 70) & Judgment (ECF No. 71)**

entered in this action on **September 27, 2024**.

Date: October 8, 2024

Counsel is:

/s/Kerry L. Morgan

Kerry L. Morgan (P32645)
Pentiuk, Couvreur & Kobiljak, P.C.
2915 Biddle Avenue
Suite 200
Wyandotte, MI 48192
(734) 281-7100
kmorgan@pck-law.com

Appellant: Please file this form with the District Court Clerk's Office. If you are paying the filing fee, please make your $605.00 check payable to: Clerk, U.S. District Court.